```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

**KEVIN JEROME JOHNSON,**              :
                                        :
     **Plaintiff,**                   :
                                        :
**vs.**                                 :       CIVIL ACTION 09-00584-CB-B
                                        :
**PEDEHEL MARTIN,** *et al.*,           :
                                        :
     **Defendants.**                  :

<u>ORDER</u>

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for failure to prosecute and to obey the Court's Order.

**DONE** this 12th day of January, 2010.


                              S/*Charles R. Butler, Jr.*
                              SENIOR UNITED STATES DISTRICT JUDGE