IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| KEVIN JEROME JOHNSON, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 09-00584-CB-B |
| PEDEHEL MARTIN, *et al.*, | : | |
| Defendants. | : | |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be dismissed without prejudice.

**DONE** this 12th of January, **2010**.

S/Charles R. Butler, Jr.
SENIOR UNITED STATES DISTRICT JUDGE